UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO.08-11831

TUDOR INSURANCE CO.,

    Plaintiff(s),

-V-

ASSOCIATED LAND TITLE LLC, ET.AL,

    Defendant(s).
    _____/

## PARTIAL ORDER OF DISMISSAL

At a session of said Court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on the 5th
day of April, 2010.

PRESENT: THE HONORABLE PATRICK J.DUGGAN
UNITED STATES DISTRICT JUDGE

Due notice of an Order to Show Cause why the above case should not be dismissed for failure to serve defendant(s) within 120 days after the filing of the complaint, pursuant to the provisions of Rule 4(m) of the Federal Rules of Civil Procedure, has been mailed to counsel of record. No response to the Order to Show Cause has been filed;

IT IS HEREBY ORDERED that the above-entitled case be, and hereby is DISMISSED as to Third Party Defendant ABC Abstracts, Inc.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: April 5, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 5, 2010, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager