UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TUDOR INSURANCE CO.,            CASE NO. 08-11831

                                              HON. PATRICK J. DUGGAN

-V-

ASSOCIATED LAND TITLE LLC, ET. AL,

       Defendant(s).

## ORDER

At a session of said Court, held in the
U.S. District Courthouse,
Eastern District of Michigan,
on April 25, 2011.

This matter is before the Court on the Joint Motion to Continue Status Conference filed by Tudor Insurance Co. and Fidelity National Title Insurance Co. For the reasons stated in the motion,

IT IS ORDERED that the status conference currently set for April 26, 2011 at 2:30 p.m. is continued, to be rescheduled, if necessary, following the Court's ruling on Fidelity's Motion for Entry of Judgment Pursuant to Fed. R. Civ. P. 54(b).

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: April 25, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Monday, April 25, 2011, by electronic and or ordinary mail.

        s/Marilyn Orem
        Case Manager

BDDB01 6640464v1