UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TUDOR INSURANCE COMPANY,        )
                                )
        Plaintiff,               )
                                )
    vs.                          )    CASE NO. 2:08-CV-11831
                                )
ASSOCIATED LAND TITLE, LLC, and )
FIDELITY NATIONAL TITLE         )
INSURANCE COMPANY,              )
                                )
        Defendants,              )
_____)
                                )
FIDELITY NATIONAL TITLE         )
INSURANCE COMPANY,              )
                                )
        Cross-Plaintiff,         )
                                )
    vs.                          )
                                )
ASSOCIATED LAND TITLE, LLC,     )
d/b/a DEVON TITLE, LLC,         )
                                )
        Cross-Defendant,         )
_____)
                                )
FIDELITY NATIONAL TITLE         )
INSURANCE COMPANY,              )
                                )
        Third-Party Plaintiff,   )
    vs.                          )
                                )
STEPHEN J. SMITH,                )
                                )    **CONSENT JUDGMENT**
        Third-Party Defendant.   )

The defendant/cross-plaintiff, Fidelity National Title Insurance Company ("Fidelity"), having filed its Cross-Claim on October 2, 2008, against the defendant/cross-defendant, Associated Land Title, LLC d/b/a Devon Title ("Devon Title"), and these parties having agreed in a separate writing upon a settlement of Fidelity's claim against Devon Title in this action by entry of this Consent Judgment without contest;

The Court, upon being satisfied that entry of the Consent Judgment is within the jurisdiction of the Court to order and being otherwise fully advised in the premises;

THEREFORE, IT IS ORDERED AND ADJUDGED that Fidelity shall recover from Devon Title a judgment in the amount of $974,798.50, without the costs or attorney fees of this action awarded to either party.

IT IS FURTHER ORDERED AND ADJUDGED that Devon Title's insurer Tudor Insurance Company is not responsible, obligated or liable to Fidelity and/or Devon Title for the judgment against Devon Title that is referred to above.

                                                   s/Patrick J. Duggan
                                                 Patrick J. Duggan
                                                 United States District Judge

Dated: August 31, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Wednesday, August 31, 2011, by electronic and or ordinary mail.

                                                 s/Marilyn Orem
                                                 Case Manager

Entry consented to by:

| | |
|---|---|
| s/ Wendy K. Walker-Dyes | s/ Donald A. Rump |
| Baker & Daniels LLP | dar48302@yahoo.com |
| wendy.walker@bakerd.com | *Attorney for Associated Land Title, LLC* |
| *Attorney for Fidelity National Title Insurance Co.* | *d/b/a Devon Title* |

BDDB01 6765562v1